IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE E. CAMPBELL, | ) | |
| Petitioner, | ) | No. C 06-2225 CRB (PR) |
| vs. | ) | ORDER |
| GLORIA HENRY, Warden, | ) | |
| Respondent. | ) | |

Respondent has moved to dismiss the petition for a writ of habeas corpus under 28 U.S.C. § 2254 as untimely, and petitioner has filed an opposition.

Within 30 days of this order, respondent shall file a reply to the opposition.

SO ORDERED.

DATED:  May 1, 2007

CHARLES R. BREYER
United States District Judge