1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE E. CAMPBELL, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>GLORIA HENRY, Warden, )<br>)<br>Respondent. )<br>_____ ) | No. C 06-2225 CRB (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Docs # 33, 34 & 35) |

      Petitioner has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b) following the dismissal of her federal habeas petition as untimely. She also seeks leave to proceed in forma pauperis on appeal and appointment of counsel on appeal.

      Petitioner's request for a certificate of appealability (doc # 34) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

| | |
|---|---|
| 1 | Petitioner's request for leave to proceed in forma pauperis on appeal (doc # 33) is GRANTED.  The request for appointment of counsel on appeal (doc # 35) is DENIED without prejudice to bringing it directly in the Ninth Circuit. |

Petitioner's request for leave to proceed in forma pauperis on appeal (doc # 33) is GRANTED.  The request for appointment of counsel on appeal (doc # 35) is DENIED without prejudice to bringing it directly in the Ninth Circuit.

The clerk shall forward to the court of appeals the case file with this order. See <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED:   08/16/07

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.06\Campbell1.or4.wpd

2