THE LAW OFFICES OF
# ERIK BABCOCK

1212 BROADWAY, SUITE 726 OAKLAND, CALIFORNIA 94612

RECEIVED SEP 22 2010

**FILED**

SEP 2 2 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

September 21, 2010

Honorable Charles R. Breyer
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>Campbell v. Henry</u>
            No. 06cv2225 CRB

Your Honor:

    I was appointed by the Ninth Circuit pursuant to the Criminal Justice Act to represent Valerie Campbell, a state inmate, on appeal from the dismissal of her pro se petition for writ of habeas corpus on timeliness grounds. The Ninth Circuit recently reversed, in docket No. 07-16481, and remanded the case for further proceedings. The mandate was issued September 7, 2010. On Ms. Campbell's behalf, I hereby request that my CJA appointment be continued, and that I be appointed to represent her before this court.

    If you need any further information to process this request, please feel free to have your staff contact me.

                                  Very truly,

                                  Erik Babcock

EGB/pcg
cc: Valerie Campbell

**PHONE** 510-452-8400  **FAX** 510-452-8405  **EMAIL** ERIK@BABCOCKLAWOFFICE.COM  **WEB** WWW.BABCOCKLAWOFFICE.COM