IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE E. CAMPBELL,<br><br>        Plaintiff,<br><br>   v.<br><br>GLORIA HENRY,<br><br>        Defendant.         / | No. C 06-02225 CRB<br><br>**ORDER REINSTATING ORDER TO SHOW CAUSE** |

This case was remanded by the Ninth Circuit with instructions that it be considered on the merits. Accordingly, the Court reinstates the Order to Show Cause of August 30, 2006, in its entirety, with the exception of its denial of appointment of counsel. <u>See</u> dckt. nos. 8, 47. All deadlines are to run from issuance of this Order.

**IT IS SO ORDERED.**

Dated: October 4, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2225\order reinstating osc.wpd