IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE E. CAMPBELL,<br><br>    Plaintiff,<br><br>  v.<br><br>GLORIA HENRY,<br><br>    Defendant.                  / | No. C 06-02225 CRB<br><br>**ORDER TO SHOW CAUSE** |

On May 11, 2011, the Court granted Petitioner's Motion for Extension of Time to file a Traverse in this case. See dkt. 55. Petitioner sought, and the Court granted, an extension of approximately sixty days, "to and including July 6, 2011." Id. at 2. It is now July 7, 2011, and Petitioner's Traverse has not been filed. Accordingly, Petitioner is ORDERED to show cause by Thursday, July 14, 2011, why this case should not be dismissed for failure to prosecute. If Petitioner seeks a further extension of time to file her Traverse, she should set forth the reasons for such an extension in her response to this Order.

**IT IS SO ORDERED.**

Dated: July 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2225\osc.wpd