ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Petitioner
VALERIE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CAMPBELL, ) | No. CV-06-2225 CRB |
| ) | |
| Petitioner-Appellant, ) | **RESPONSE TO ORDER TO SHOW** |
| ) | **CAUSE AND REQUEST FOR** |
| v. ) | **SECOND EXTENSION OF TIME** |
| ) | |
| GLORIA HENRY, ) | **ORDER** |
| ) | |
| Respondent-Appellee. ) | |
| ) | |

I, ERIK G. BABCOCK, declare as follows:

1. Ms. Campbell filed a pro se federal habeas petition in 2006, which the court ultimately dismissed based on on respondent's claim in was untimely. I was subsequently appointed to represent her in the Ninth Circuit. The Ninth Circuit found her petition was timely and remanded to this court. The court reinstated the Order the Show Cause. On March 24, 2011 respondent filed a response to the Order to Show Cause.

2. On May 11, 2011 I requested 60 days in which to research

Response to OSC
Campbell v. Henry, No. 06cv2225 CRB

1
2
3
4
5

and file a traverse, which the court granted, giving me until July 6, 2011.  I did not file a traverse by July 6, 2011, and on July 7, 2011, the court issued an order to show cause why this case should not be dismissed for failure to prosecute.

6
7
8
9
10
11
12
13
14

3.   I respectfully request that the court not dismiss this case for failure to prosecute.  First, I apologize for not having anything filed by July 6, 2011.  Although I was not prepared to file a traverse on July 6, 2011, I should have notified the court and requested an extension of time by that date.  I planned to file such a request but simply neglected to do so in a timely fashion and the court issued an order to show cause the next day.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.   I request an extension of time to file a traverse.  I have been working on the traverse, but I have not been able to complete and file a traverse yet for a variety of reasons.  I have very lengthy records to review (the record in one case alone is approximately 65 volumes in case) and opening briefs due this summer in both Roger-Lee-De-Luis-Conte v. Evans, Ninth Circuit No. 09-17048 and Clarke v Evans, Ninth Circuit No. 11-15232.  I spent the better part of May getting prepared for trial in United States v. Bates, No. CR 10-845 LHK on May 31. 2011 in which my client was facing a potential life sentence for many yeas of alleged child  molestation.  I was then in trial in state court Eureka, California in People v.

1    DeBerardinis the last part of June. Finally, my

2    secretary of many years gave me notice quit effective

3    June 30, 2011. Her notice and departure has made it

4    very hard for me to keep up with all of my obligations.

5    She was not just my secretary, but also my receptionist,

6    bookkeeper, billing assistant, and paralegal. I am

7    looking for but have not yet found a new secretary, and

8    I am accordingly, having to deal with a variety of tasks

9    that I normally do not.

10   5. Ms. Campbell is serving a life sentence and deserves a

11   thorough review of the record in her case. Respondent

12   will not be prejudiced by an extension of time in this

13   case.

14

15   6. I therefore request (1) that the court not dismiss

16   petitioner's claims because of my busy schedule and

17   oversight, and (2) an extension of time to and including

18   September 6, 2011.

19   I declare under penalty of perjury that the foregoing is true

20   and correct. Executed this 14th day of July, 2011 at Oakland,

21   California.

22                                         /S Erik Babcock
23                                         ERIK G. BABCOCK
                                           Counsel for Petitioner
24

25



26                                         July 18, 2011

27

28

Response to OSC
Campbell v. Henry, No. 06cv2225 CRB                        - 3 -