**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   VALERIE E. CAMPBELL,                           No. C 06-02225 CRB
12           Plaintiff,                             **ORDER GRANTING EXTENSION OF TIME**
13       v.
14   GLORIA HENRY,
15           Defendant.
16   _____/
17       Petitioner Valerie Campbell's counsel has requested an extension of time to file a
18   traverse, up to and including November 7, 2011. See dkt. 59. Finding good cause therefor,
19   the Court GRANTS the request.
20       **IT IS SO ORDERED.**
21
22
23   Dated: September 8, 2011              CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE
24

G:\CRBALL\2006\2225\order granting extension.wpd