ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Petitioner
VALERIE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE CAMPBELL,           No. CV-06-2225 CRB

    Petitioner-Appellant,       **APPLICATION FOR EXTENSION**
                                          **OF TIME TO FILE TRAVERSE**
v.

GLORIA HENRY,

    Respondent-Appellee.
_____)

    I, ERIK G. BABCOCK, declare as follows:

    1.    Ms. Campbell filed a pro se federal habeas petition in 2006. The court granted respondent's motion to dismiss on timeliness grounds. I was subsequently appointed to represent her in the Ninth Circuit. The Ninth Circuit found her petition was timely and remanded to this court. The court reinstated the Order the Show Cause. On March 24, 2011 respondent filed a response to the Order to Show Cause. After a couple of extensions, my traverse is due today, March 12, 2012.

    2.    I am requesting an additional 60 days in which to file a traverse. I have exercised

1     diligence but I am still not able to file the traverse by today, as currently scheduled.

2     3.     I have finished reviewing the record in this case. However, I still need to do some research and writing. First I need to finish my opening brief in Clarke v. Yates, No. 11-15232, a state habeas with a very lengthy record in which I have received several extension but the Ninth Circuit has indicated no further extensions should be requested. I have also been involved in several other time-limited commitments, including competency proceedings in a state court murder case, People v. Ying Hua Wu.

4.     I have previously spoken with respondent's counsel about this case and understood him to say that he would have no objection to, or be prejudiced by, any requested extensions. I left him a voicemail today about whether he objects to another but have not heard from him.

6.     My client is currently in state custody serving a sentence of 25 to life for murder, followed by two consecutive life sentences for two attempted murder convictions.

7.     I therefore request approximately another 60 days, to and including May 4, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of March 2012 at Oakland, California.

                                                  /S Erik Babcock
                                                ERIK G. BABCOCK
                                                Counsel for Petitioner

Signed: March 19, 2012



APPLICATION FOR EXTENSION OF TIME
Campbell v. Henry, No. 06cv2225 CRB

- 2 -