ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Petitioner
VALERIE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CAMPBELL, | No. CV-06-2225 CRB |
| Petitioner-Appellant, | **ORDER** ~~APPLICATION~~ **FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | |
| GLORIA HENRY, | |
| Respondent-Appellee. | |

I, ERIK G. BABCOCK, declare as follows:

1. Ms. Campbell filed a pro se federal habeas petition in 2006. The court granted respondent's motion to dismiss on timeliness grounds. I was subsequently appointed to represent her in the Ninth Circuit. The Ninth Circuit found her petition was timely and remanded to this court. The court reinstated the Order the Show Cause. On March 24, 2011 respondent filed a response to the Order to Show Cause. After several extensions, my traverse is due today, July 5, 2012.

2. I am requesting approximately 90 days in which to file a traverse. I have exercised

APPLICATION FOR EXTENSION OF TIME
Campbell v. Henry, No. 06cv2225 CRB

diligence but I am still not able to file the traverse by today, as currently scheduled.

3. I have finished reviewing the record in this case. However, I still need to do some research and writing. I have two lengthy Ninth Circuit cases with briefs due in the next few weeks, after which I am scheduled to be out of the country for 3 weeks in August.

4. I have previously spoken with respondent's counsel about this case and understood him to say that he would have no objection to, or be prejudiced by, any requested extensions.

6. My client is currently in state custody serving a sentence of 25 to life for murder, followed by two consecutive life sentences for two attempted murder convictions.

7. I therefore request approximately another 90 days, to and including October 1, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of July 2012 at Oakland, California.

/S Erik Babcock
ERIK G. BABCOCK
Counsel for Petitioner

Signed: July 9, 2012



APPLICATION FOR EXTENSION OF TIME
Campbell v. Henry, No. 06cv2225 CRB

- 2 -