ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Petitioner
VALERIE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CAMPBELL,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>GLORIA HENRY,<br><br>    Respondent-Appellee.<br>_____ ) | No. CV-06-2225 CRB<br>**ORDER**<br>~~APPLICATION~~ **FOR EXTENSION**<br>**OF TIME TO FILE TRAVERSE** |

    I, ERIK G. BABCOCK, declare as follows:

    1.    Ms. Campbell filed a pro se federal habeas petition in 2006. The court granted respondent's motion to dismiss on timeliness grounds. I was subsequently appointed to represent her in the Ninth Circuit. The Ninth Circuit found her petition was timely and remanded to this court. After several extensions, my traverse is due today, January 7, 2013.

    2.    I am requesting approximately 3 months in which to file a traverse. I have exercised diligence but I am still not able to file the traverse by today, as currently scheduled.

APPLICATION FOR EXTENSION OF TIME
Campbell v. Henry, No. 06cv2225 CRB

3. I have finished reviewing the record in this case. However, I have not been able to finish my investigation and research. I am set for trial in a murder case in Hayward next Monday, January 14, 2013, in People v. Johnson, Alameda No. H52787. I am also set for trial in a serious child molest case on January 17, 2013, in People v. McCarthy, Alameda No., in which my client is facing many consecutive life sentences if convicted. I have been busy preparing for trial in these cases.

4. I have previously spoken with respondent's counsel about this case and understood him to say that he would have no objection to, or be prejudiced by, any requested extensions.

6. My client is currently in state custody serving a sentence of 25 to life for murder, followed by two consecutive life sentences for two attempted murder convictions.

7. I therefore request approximately 3 months, to an including April 8, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7st day of January, 2013 at Oakland, California.

/S Erik Babcock
ERIK G. BABCOCK
Counsel for Petitioner

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 9, 2013

APPLICATION FOR EXTENSION OF TIME
Campbell v. Henry, No. 06cv2225 CRB

- 2 -