ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Petitioner
VALERIE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CAMPBELL,<br><br>　　Petitioner-Appellant,<br><br>v.<br><br>GLORIA HENRY,<br><br>　　Respondent-Appellee.<br>_____ ) | No. CV-06-2225 CRB<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE AND FOR LATE FILING OF MOTION FOR EXTENSION OF TIME** |

　　I, ERIK G. BABCOCK, declare as follows:

　　1.　　Ms. Campbell filed a pro se federal habeas petition in 2006. The court granted respondent's motion to dismiss on timeliness grounds. I was subsequently appointed to represent her in the Ninth Circuit. The Ninth Circuit found her petition was timely and remanded to this court. After several extensions, my traverse is due today, January 3, 2014.

　　2.　　I have exercised diligence but I am not able to file the traverse today.

　　3.　　I have had an associate actively working on this case, researching issues and

reviewing the record. .

4. I have previously spoken with respondent's counsel about this case and he indicated that he would have no objections to, or be prejudiced by, any requested extensions of time.

6. I am requesting an extension of 90 days, to and including April 3, 2014 in which to file a traverse.

7. My client is currently in state custody serving a sentence of 25 to life for murder, followed by two consecutive life sentences for two attempted murder convictions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4d day of October, 2013 at Oakland, California.

/S Erik Babcock
ERIK G. BABCOCK
Counsel for Petitioner

**SO ORDERED**.

DATED:   January 10, 2014

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE