ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Petitioner
VALERIE CAMPBELL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CAMPBELL,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>GLORIA HENRY,<br><br>    Respondent-Appellee.<br>_____) | No. CV-06-2225 CRB<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE** |

    The court set a status conference on October 17, 2014, at 8:30 a.m. Defense counsel is unavailable that morning. The next available date on the court's normal calendar is November 7, 2014.

    IT IS THEREFORE STIPULATED that the status conference scheduled for October 17, 2014 at 8:30 a.m. may be vacated and continued to November 7, 2014 at 8:30 a.m.

DATE: October 14, 2014        By:    /S/Jill Thayer
                                                          JILL THAYER
                                                          Deputy Attorney General
                                                          State of California

APPLICATION FOR EXTENSION OF TIME
Campbell v. Henry, No. 06cv2225 CRB

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | DATED: October 14, 2014 | By: | /S/Erik Babcock |
| 3 | | | ERIK BABCOCK<br>Attorney for Petitioner |
| 4 | | | VALERIE CAMPBELL |

SO ORDERED.

DATED: October 16, 2014

HONORABLE CHARLES R. BREYER
United States District Judge